FILED IN OPEN COURT
THIS 16 DAY OF Sep, 2009
UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: LORENZO E. SMITH        3:09-bk-00667-PMG
Chapter 7

Debtor.
_____/

## NOTICE OF LIMITED APPEARANCE

Please enter the limited appearance of Robert Wilbert on behalf of Lorenzo E. Smith, Debtor, for the sole purpose of representing the Debtor in the September 16, 2009 hearing on the trustee's Motion to Dismiss his Chapter 7 case.

/s/ Robert Wilbert
Robert Wilbert, Esquire
Fla. Bar No.: 0529400
126 W. Adams Street
Jacksonville, FL 32202
Telephone: (904) 224-2223
Facsimile: (904) 224-1587
Robert.wilbert@jaxlegalaid.org