UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                    Case No. 3:09–bk–00667–PMG
                                                                          Chapter 7


Lorenzo Everett Smith




_____Debtor(s)_____/


ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION AND CONDITIONALLY CLOSING
ESTATE WITHOUT ENTRY OF A DISCHARGE

It appearing to the Court that:

1. The Trustee has filed his/her report of no distribution and that said Trustee has performed all other duties required in the administration of this estate;

2. The debtor(s) has not filed a certificate of completion of Financial Management Training required by 11 U.S.C. §§727(a)(11) and therefore the debtor is not entitled to receive a discharge under 11 U.S.C. §§727.

***IT IS ORDERED:***

1. This case is administratively closed subject to the opportunity for the debtor to file a certificate of completion of Financial Management Training within thirty (30) days of the entry of this order. If the debtor(s) files a certificate within the thirty (30) day period, the Clerk shall review the case for the entry of a discharge without the requirement for the debtor(s) to file a Motion to Reopen and pay a reopening fee.

2. In the event the debtor(s) does not file a certificate of completion within the 30 day period, the report is approved and the estate is closed without further notice, hearing, or order. The Trustee is discharged from and relieved of his/her trust; and the bond of the Trustee is canceled and the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated January 6, 2010.


_____
Paul M. Glenn
Chief United States Bankruptcy Judge


Copies furnished to:
Debtor
Debtor's Attorney
Trustee
U. S. Trustee